UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-----------------------------------------------x
UNITED STATES OF AMERICA,
                  Appellee,

v.                               AFFIRMATION
                                          11-2804-cr

CHRISTIAN GATON,
                  Appellant.
-----------------------------------------------x

      JOYCE C. LONDON, an attorney admitted to practice before this Court, affirms the following:

1.     I am the attorney of record for appellant Christian Gaton in the above-captioned matter.

2.     I make this affirmation in response to this Court's Order dated January 9, 2012 directing me to file within seven days of the entry of the order, an affirmation declaring that the notice requirements accompanying the filing of an *Anders* brief have been translated into Spanish for Appellant.

3.     I hereby affirm that my letter dated November 11, 2011 advising Appellant that (i) a copy of the *Anders* brief was enclosed; (ii) that the filing of the *Anders* brief will probably result in the dismissal if his appeal and affirmance of his conviction; (iii) that he may request assistance of other counsel or submit a *pro se* brief directly to this Court, has been translated into Spanish by a court-certified translator and was mailed to Appellant by first-class mail.

      Pursuant to 28 USC § 1746, I affirm under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       January 11, 2012

                                                              _____
                                                              Joyce C. London, Esq.