**MANDATE**

S.D.N.Y. -N.Y.C.
02-cr-401
Wood, J.

United States Court of Appeals

FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 21st day of February, two thousand twelve,

Present:
    Robert A. Katzmann,
    Denny Chin,
        *Circuit Judges,*
    Lee H. Rosenthal,[*]
        *District Judge.*

United States of America,
        *Appellee*,
    v.
                              11-2804-cr

Christian Gaton,
        *Defendant-Appellant*,

Jorge Abreu, *et al.*,
        *Defendants.*

Joyce C. London, counsel for Appellant Christian Gaton, moves for permission to withdraw as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967), and the Government moves to dismiss Gaton's appeal of his imprisonment sentence as barred by the waiver of appellate rights contained in his plea agreement and for summary affirmance of the conviction and sentence. Upon due consideration, it is hereby ORDERED that London's *Anders* motion and the Government's motion to dismiss are GRANTED, and the Government's motion for summary affirmance is GRANTED with respect to Gaton's appeal from his conviction and the non-imprisonment components of his sentence.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

[*]Judge Lee H. Rosenthal, of the United States District Court for the Southern District of Texas, sitting by designation.

SAO-MEM